IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN DESHAZER**                                                                                    **PLAINTIFF**

V.                                                    No.4:11CV00740 JMM

**METROPOLITAN LIFE INSURANCE COMPANY and
VESTCOM INTERNATIONAL, INC. WELFARE
BENEFIT PLAN**                                                                                         **DEFENDANTS**

**ORDER**

Pending are the Defendants' motion to stay, docket # 20 and Plaintiff's motion for judgment on the record, docket # 12. Defendants have advised the Court that they have determined that the Plaintiff should be placed "in benefit" meaning that he will receive back benefits and periodic benefit checks in accordance with the Plan. Further, Plaintiff's counsel has provided Defendants with an itemization of Plaintiff's attorneys fees and the parties are attempting to resolve this issue. Defendants request a sixty (60) day stay of this matter to allow the parties to work toward a final resolution of this case. For good cause shown, the motion to stay is GRANTED. In light of the Defendants' determination to pay benefits, Plaintiff's motion for judgment on the record is DENIED WITHOUT PREJUDICE to refile as to any issues which remain unresolved following the stay of this matter.

IT IS SO ORDERED this 18th day of July, 2012.

James M. Moody
United States District Judge