IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN DESHAZER                                                                              PLAINTIFF

V.                      CASE NO. 4-11-CV-0740 JMM

METROPOLITAN LIFE INSURANCE COMPANY and
VESTCOM INTERNATIONAL, INC. WELFARE
BENEFIT PLAN                                                                                DEFENDANTS

### AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

The following is stipulated and agreed by and between the parties in the above-styled case and is hereby ordered by the Court:

1. that Plaintiff is entitled to benefits under the Plan so long as he remains eligible and otherwise meets his obligations under the terms of the Plan;

2. that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-styled cause of action should be dismissed with prejudice, each party to bear his and its own costs and fees except as expressly agreed by the parties; and

3. that this action is dismissed with prejudice only as to events, omissions, and/or decisions occurring heretofore. The plaintiff is not precluded from bringing further actions based on events, omissions, and/or decisions occurring hereafter.

_____
UNITED STATES DISTRICT JUDGE

Sept 18, 2012
_____
DATE

*/s/ Neil Chamberlin*
Neil Chamberlin
Ark. Bar No. 2003109

MCMATH WOODS, P.A.
711 West Third Street
Little Rock, Arkansas 72201
(501) 374-5411
*neil@mcmathlaw.com*

*Attorneys for Plaintiff*

*/s/ Jeffrey L. Spillyards*
Jeffrey L. Spillyards
Ark. Bar No. 2004159

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*jspillyards@mwlaw.com*

*Attorneys for Defendant*